UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **ROBERT BAUGHMAN,** : | |
| Petitioner : | |
| : | |
| v. : | File No. 1:05-CV-56 |
| : | |
| **JAMES ERWIN** : | |
| **and WILLIAM SORRELL,** : | |
| Respondents : | |

## ORDER

The Magistrate Judge's Report and Recommendation was filed August 9, 2005 (Paper 26). An Amended Report and Recommendation was filed August 31, 2005 (Paper 29). After de novo review and over objection, both the Report and Recommendation and the Amended Report and Recommendation are AFFIRMED, APPROVED and ADOPTED. See 28 U.S.C. § 636(b)(1). The respondents' motion to dismiss (Paper 21) is GRANTED. Baughman's petitions for a writ of habeas corpus (Papers 1 and 2) are DISMISSED without prejudice for failure to exhaust state court remedies.

Pursuant to Fed. R. App. P. 22(b), the Court DENIES petitioner a certificate of appealability ("COA") because the petitioner failed to make a substantial showing of a denial of a constitutional right. See 28 U.S.C. § 2253(c)(2). In addition, because the petition has been dismissed on procedural grounds, the petitioner cannot be issued a COA due to his failure to demonstrate that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the

district court was correct in its procedural ruling." See Slack v. McDaniel, 529 U.S. 473, 120 S. Ct. 1595, 1604 (2000).

It is further certified that any appeal taken in forma pauperis from this Order would not be taken in good faith because such an appeal would be frivolous. See 28 U.S.C. § 1915(a)(3).

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 16th day of September, 2005.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge